IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY BROWN,
ADC #551211                                                                                    PLAINTIFF

V.                          CASE NO. 4:13CV00572 DPM/BD

ANDY SHOCK, et al.                                                                          DEFENDANTS

## ORDER

Mr. Brown previously was instructed to amend his complaint. (Docket entry #3) Mr. Brown has now complied with the Court order. (#11)  Based on the allegations contained in his amended complaint, Mr. Brown has stated a First Amendment claim against Defendants Andy Shock, John Randall, Vincent, and Douglas. Mr. Brown, however, did not previously identify Defendants Vincent or Douglas as Defendants in this lawsuit. Accordingly, Mr. Brown must supplement his amended complaint to include the full names of Defendants Vincent and Douglas so that they may be properly served.

In addition, in his amended complaint, Mr. Brown does not explain how Defendants Jackson-George, Lee, Maher, Strayer, Ferguson, Rainwater, or Brown violated his First Amendment rights. Although Mr. Brown has moved to dismiss his claims against Rainwater, the Court will also recommend that his claims against Defendants Jackson-George, Lee, Maher, Strayer, Ferguson, and Brown be dismissed unless clarified in his supplement to the amended complaint. The supplement to amended complaint is due on or before November 14, 2013.

IT IS SO ORDERED this 31st day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE