IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY BROWN
ADC #551211                                                               PLAINTIFF

V.                    No. 4:13-cv-572-DPM-BD

ANDY SHOCK, Sheriff, Faulkner County;
JOHN RANDALL, Major, Faulkner County
Detention Center; LLOYD VINCENT, Captain;
K. DOUGLAS, Lieutenant; and PAMELA CARTER,
Lieutenant                                           DEFENDANTS

ORDER

Unopposed recommendation, № 35, adopted. FED. R. CIV. P. 72(b)(Advisory Committee Notes to 1983 Addition). Brown's motion to amend, № 32, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2014