IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICKY BROWN**
**ADC #551211**                                                                                       **PLAINTIFF**

v.                                 No. 4:13-cv-572-DPM

**ANDY SHOCK, Sheriff, Faulkner County;**
**JOHN RANDALL, Major, Faulkner County**
**Detention Center; LLOYD VINCENT, Captain;**
**K DOUGLAS, Lt.; and PAMELA CARTER, Lt.**             **DEFENDANTS**

### ORDER

Unopposed recommendation, № 58, adopted. Motion for summary judgment, № 44, granted. No appeal from this Order or the related Judgment would be in good faith.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

18 September 2014