IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICKY BROWN**
**ADC #551211**                                                  **PLAINTIFF**

v.                       No. 4:13-cv-572-DPM

**ANDY SHOCK, Sheriff, Faulkner County;**
**JOHN RANDALL, Major, Faulkner County**
**Detention Center; LATOYA JACKSON-GEORGE,**
**Sergeant, Faulkner County Detention Center;**
**LEE, Corporal, Faulkner County Detention Center;**
**C MAHER, Officer, Faulkner County Detention Center;**
**STRAYER, Officer, Faulkner County Detention**
**Center; FERGUSON, Officer, Faulkner County**
**Detention Center; MICHAEL RAINWATER,**
**Rainwater, Holt & Sexton; VICTORIA BROWN,**
**Parole Officer; LLOYD VINCENT, Captain;**
**K DOUGLAS, Lt.; and PAMELA CARTER, Lt.**              **DEFENDANTS**

## JUDGMENT

All claims against Rainwater, Jackson-George, Lee, Maher, Strayer, Ferguson, and Brown are dismissed without prejudice. All claims against Shock, Randall, Vincent, Douglas, and Carter are dismissed with prejudice. The complaint is dismissed.

                                                     _____
                                                     D.P. Marshall Jr.
                                                     United States District Judge

                                                     18 September 2014